**SHA-1 Hash:**  EE7B1E84B6FD741359D99A0397DF043842BAB4D7   **Title:**   Cuties 2

**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 216.196.133.106 | 5/19/2011 23:59 | Fairfield | OH | Fuse Internet Access | BitTorrent |
| 2 | 74.215.138.180 | 5/20/2011 1:00 | Cincinnati | OH | Fuse Internet Access | BitTorrent |
| 3 | 74.83.187.180 | 6/30/2011 20:20 | Cincinnati | OH | Fuse Internet Access | BitTorrent |
| 4 | 74.83.40.150 | 5/23/2011 1:13 | Cincinnati | OH | Fuse Internet Access | BitTorrent |
| 5 | 74.83.84.181 | 6/13/2011 23:05 | Hamilton | OH | Fuse Internet Access | BitTorrent |
| 6 | 173.88.27.220 | 5/22/2011 13:11 | Newark | OH | Road Runner | BitTorrent |
| 7 | 173.88.36.247 | 5/27/2011 3:53 | Newark | OH | Road Runner | BitTorrent |
| 8 | 173.88.36.99 | 5/22/2011 6:20 | Newark | OH | Road Runner | BitTorrent |
| 9 | 173.88.47.203 | 5/21/2011 8:12 | Newark | OH | Road Runner | BitTorrent |
| 10 | 173.88.5.58 | 5/30/2011 1:01 | Newark | OH | Road Runner | BitTorrent |
| 11 | 173.88.8.151 | 5/23/2011 7:11 | Newark | OH | Road Runner | BitTorrent |
| 12 | 173.89.240.32 | 6/26/2011 12:22 | Columbus | OH | Road Runner | BitTorrent |
| 13 | 174.101.230.244 | 6/15/2011 13:09 | Hamilton | OH | Road Runner | BitTorrent |
| 14 | 184.57.26.96 | 6/1/2011 2:34 | Columbus | OH | Road Runner | BitTorrent |
| 15 | 184.57.3.152 | 6/27/2011 17:35 | Columbus | OH | Road Runner | BitTorrent |
| 16 | 24.208.139.229 | 5/24/2011 10:19 | Reynoldsburg | OH | Road Runner | BitTorrent |
| 17 | 24.209.30.141 | 5/26/2011 4:26 | Cincinnati | OH | Road Runner | BitTorrent |
| 18 | 24.26.132.205 | 5/18/2011 22:07 | Columbus | OH | Road Runner | BitTorrent |
| 19 | 24.33.66.41 | 5/29/2011 6:28 | Cincinnati | OH | Road Runner | BitTorrent |
| 20 | 24.33.82.207 | 6/30/2011 7:56 | Hamilton | OH | Road Runner | BitTorrent |
| 21 | 65.185.24.185 | 7/13/2011 16:46 | Cincinnati | OH | Road Runner | BitTorrent |
| 22 | 65.24.173.65 | 6/10/2011 6:57 | Westerville | OH | Road Runner | BitTorrent |
| 23 | 65.27.161.222 | 6/7/2011 2:42 | Hamilton | OH | Road Runner | BitTorrent |

EXHIBIT A

SOH2

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 24 | 65.29.213.15 | 5/26/2011 21:44 | Cincinnati | OH | Road Runner | BitTorrent |
| 25 | 65.31.5.114 | 5/20/2011 20:31 | Reynoldsburg | OH | Road Runner | BitTorrent |
| 26 | 65.31.53.66 | 5/28/2011 6:10 | Dayton | OH | Road Runner | BitTorrent |
| 27 | 71.74.69.71 | 6/13/2011 19:42 | Reynoldsburg | OH | Road Runner | BitTorrent |
| 28 | 71.74.84.240 | 6/5/2011 20:16 | Columbus | OH | Road Runner | BitTorrent |
| 29 | 71.79.251.59 | 6/16/2011 2:34 | Columbus | OH | Road Runner | BitTorrent |
| 30 | 75.185.19.185 | 6/12/2011 16:07 | Dublin | OH | Road Runner | BitTorrent |
| 31 | 75.185.77.156 | 6/16/2011 0:29 | Dublin | OH | Road Runner | BitTorrent |
| 32 | 75.186.33.53 | 5/31/2011 0:56 | Cincinnati | OH | Road Runner | BitTorrent |
| 33 | 96.11.134.185 | 5/27/2011 14:10 | Newark | OH | Road Runner | BitTorrent |
| 34 | 96.11.200.126 | 7/12/2011 11:16 | Cincinnati | OH | Road Runner | BitTorrent |
| 35 | 96.11.203.43 | 6/11/2011 12:14 | Franklin | OH | Road Runner | BitTorrent |
| 36 | 98.28.22.74 | 6/16/2011 9:52 | Columbus | OH | Road Runner | BitTorrent |
| 37 | 68.253.230.84 | 6/27/2011 15:21 | Dayton | OH | SBC Internet Services | BitTorrent |
| 38 | 75.60.226.196 | 6/14/2011 18:15 | Columbus | OH | SBC Internet Services | BitTorrent |
| 39 | 99.30.141.227 | 5/28/2011 4:27 | Columbus | OH | SBC Internet Services | BitTorrent |
| 40 | 99.32.57.147 | 5/23/2011 13:08 | Dayton | OH | SBC Internet Services | BitTorrent |
| 41 | 99.54.102.44 | 5/20/2011 23:59 | Westerville | OH | SBC Internet Services | BitTorrent |
| 42 | 99.7.252.47 | 6/12/2011 17:59 | Dublin | OH | SBC Internet Services | BitTorrent |
| 43 | 99.72.104.173 | 6/21/2011 0:40 | Columbus | OH | SBC Internet Services | BitTorrent |
| 44 | 99.89.207.24 | 5/30/2011 15:23 | Columbus | OH | SBC Internet Services | BitTorrent |

EXHIBIT A

SOH2